**Mrs. Vernon FISHER, Movant, v. COMMONWEALTH**
of Kentucky, Opposed.

Court of Appeals of Kentucky

June 4, 1948.

Roy Wilhoit for movant.

A. E. Funk, Attorney General and Zeb A. Stewart, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.